UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DEBORAH A. ASHCRAFT,

           Plaintiff,

  **-v.-**

             Civil Action No.
             7:05-cv-1342 (GLS/DEP)

COMMISSIONER OF SOCIAL SECURITY

           Defendant.
--------------------------------------------------------------------------------

APPEARANCES:        OF COUNSEL:

**FOR THE PLAINTIFF:**

CONBOY, MCKAY LAW FIRM   LAWRENCE D. HASSELER, ESQ.
307 State Street
Carthage, New York 13619

**FOR THE DEFENDANT:**

HON. GLENN T. SUDDABY    WILLIAM H. PEASE
United States Attorney for the   Assistant U.S. Attorney
  Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261

OFFICE OF GENERAL COUNSEL DENNIS J. CANNING, ESQ.
Social Security Administration
26 Federal Plaza
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed June 9, 2008. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David E. Peebles filed June 9, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that plaintiff's motion for judgment on the pleadings is GRANTED, and it is further

ORDERED, that the Commissioner's determination of no disability is VACATED and the matter is REMANDED to the agency for further consideration.

IT IS SO ORDERED

Dated:   July 28, 2008
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge